Christopher J. Hamner, Esq. (SBN 197117)
Evelina Serafini, Esq. (SBN 187137)
Manu J. Elloie, Esq. (SBN 26245)
**HAMNER LAW OFFICES, APLC**
5023 Parkway Calabasas
Calabasas, California 91302
Telephone: (818) 876-9631
chamner@hamnerlaw.com
evelinaserafini@hamnerlaw.com
melloie@hamnerlaw.com

Attorneys for Plaintiff, Justin Scott

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SCOTT, an individual California resident,<br><br>Plaintiff<br><br>v.<br><br>WALMART STORES, INC., a Delaware corporation and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. 5:18-cv-01885-RGK-KK<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ordered that this action be, and hereby is dismissed with prejudice as to all claims, causes of action and parties.

Dated: December 11, 2018

*Gary Klausner*

Judge R. Gary Klausner
United States District Judge

PROOF OF SERVICE